Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiffs:
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THAI ORIGINAL BBQ, a business of unknown form; TUNG'S INVESTMENT GROUP, INC., a California Corporation; and Does 1-10,<br><br>Defendants. | Case No.: 2:18-cv-03398-ODW-KS<br><br>Hon. Otis D. Wright<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 23, 2018<br>Trial Date: None |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, CARMEN JOHN PERRI and Defendants, THAI ORIGINAL BBQ and TUNG'S INVESTMENT GROUP, INC, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

### CERTIFICATE OF SERVICE

I certify that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 29, 2018  **MANNING LAW, APC**

By: */s/ Michael J. Manning, Esq.*
Michael J. Manning, Esq.
Joseph R. Manning, Jr., Esq.
Tristan P. Jankowski Esq.
Attorneys for Plaintiffs,
Carmen John Perri