UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 2:18-cv-03398-ODW-KS | Date | June 29, 2018 |
|---|---|---|---|
| Title | *Carmen John Perri v. Thai Original BBQ, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**          **In Chambers**

In light of the parties' recent Notice of Settlement (ECF No. 25), the Court **DISMISSES** this action <u>without prejudice</u>.  On or before **August 17, 2018**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1]   If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action <u>with prejudice</u>.  Fed. R. Civ. P. 41.

The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

                                                                                             :     00

                                      Initials of Preparer    SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.